US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: __7/19/11__

TIME SPENT:_____

DOCKET NO. __11 CV 1790__

CASE: __Hicocks v City__

__✓__ INITIAL CONFERENCE           ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE         ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE        ____ TELEPHONE CONFERENCE
____ MOTION HEARING               ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED              __7/19__ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

**RULINGS:**

Mandatory disclosures, doc requests and interrogs exchange 7/19
Responses 8/19
Depositions of non parties to proceed.
Conference 10/5 at 11:00